| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | CR 16-00513HG-01 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:26-cr-00134-CDS-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| THOMAS M. VASCONCELLOS | The Honorable Helen Gillmor | |
| X FILED ____ RECEIVED<br>____ ENTERED ____ SERVED ON<br>06/29/2026<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY:_____ DEPUTY | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM 12/22/2024 | TO 12/21/2027 |

**OFFENSE**

Count 1: Conspiracy to Distribute and Possess With Intent to Distribute Oxycodone 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 (Class C felony)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Vasconcellos plans to remain in Las Vegas, Nevada for the duration of his supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ HAWAII

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ DISTRICT OF NEVADA _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 16, 2026
*Date*

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 9, 2026
*Effective Date*

_United States District Judge_